2

Zev Shechtman (Bar No. 266280)
  *zev.shechtman@saul.com*
Steven F. Werth (Bar No. 205434)
  *steven.werth@saul.com*
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Hronis Resource Management,
LLC and affiliated Debtors and Debtors in
Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation,<br><br>et al.,<br><br>Debtors in Possession | Case No. 1:26-bk-10987<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 1:26-bk-10978, 1:26-bk-10979, 1:26-bk-10980, 1:26-bk-10981, 1:26-bk-10982, 1:26-bk-10983, 1:26-bk-10984, 1:26-bk-10986, and 1:26-bk-10988) |
| Affects:<br>☐  ALL DEBTORS<br>☐  HRONIS, INC., a California corporation<br>☐  HRONIS CAPITAL ASSETS, LP, a California limited partnership<br>☐  HRONIS CAPITAL MANAGEMENT, LLC, a California limited liability company<br>☐  HRONIS CITRUS, LLC, a California limited liability company<br>☐  HRONIS FARMING, LP, a California limited partnership<br>☐  HRONIS FRUIT COMPANY LLC, a California limited liability company<br>☐  HRONIS LAND COMPANY, a California general partnership<br>☐  HRONIS RANCH, LLC, a California limited liability company<br>☒  HRONIS RESOURCE MANAGEMENT, | **NOTICE OF WITHDRAWAL (DOCKET NO. 21) AND REFILING OF STATEMENT OF FINANCIAL AFFAIRS** |

57654339.1

LLC, a California limited liability company

☐ THE HRONIS FAMILY LIMITED PARTNERSHIP, a California limited partnership

**PLEASE TAKE NOTICE** that Hronis Resource Management, LLC hereby withdraws its Statement of Financial Affairs filed on April 3, 2026, which appears on the docket at Docket No. 21.

**PLEASE TAKE FURTHER NOTICE** that Hronis Resource Management, LLC filed a corrected Statement of Financial Affairs on April 3, 2026, which appears on the docket at Docket No. 22.

Dated: April 10, 2026

**SAUL EWING LLP**

By: */s/ Zev Shechtman*
Zev Shechtman
Attorneys for Hronis Resource Management, LLC and affiliated Debtors and Debtors in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57654339.1

2